United States District Court
District of Massachusetts      x     Emergency Relief Requested

Paul Gordon Azzara - Pro Se
Plaintiff / petitioner              Complaint - (including
                                    Memorandum in support).

-v-

David L. Winn (warden F.M.C. Devens)    Civil Docket
Lieutenant Colon                        04-40219

Inmate Dorne Smith # 10536-036
                Defendants   x      Jury Trial Demanded

This action cries Under United States Code title 42 § 1983, title 28 § 2241, and the Eight (8th) amendment to the United States Constitution For cruel and Unusual punishment. This action is For immediate, Injunctive Relief as well as Monetary Relief.

1 of 14

## Jurisdiction and Venue

① Petitioner is a Federal inmate incarcerated at F.M.C Devens Prison, Ayer MA 01432.

② Defendants:

1. David L Winn - Warden (Federal Employee)
   F.M.C. Devens prison
   42 Patton Rd.
   P.O. Box 880
   Ayer, MA 01432

2. Lt. Colon - Acting Lieutenant (Federal Employee)
   F.M.C. Devens prison
   42 Patton Rd.
   P.O. Box 880
   Ayer, MA 01432

3. Dorne Smith
   16536-036
   F.M.C. Devens
   42 Patton Rd.
   P.O. Box 879
   Ayer, MA 01432

All "reside" for the purposes of jurisdiction and venue, within this District as they are either

2 of 14

Federal employees, or a Federal inmate.

③ This action is proper in the United States District Court, District of Massachusetts as this petitioner claims violations of his civil Rights under U.S.C. -? § 1993, prison conditions under U.S.C. 28 § 2241, cruel and unusual punishment ~~~~~~~ in violation of The Eighth (8th) Amendment to the Constitution of the United States, and interference with this Prisoners "Right" to Appeal his conviction after a Jury trial pursuant to U.S.C. title ____ § ____.①

④ Petitioner has no other actions pending in this circuit nor has ever filed any similar actions in this matter.

---

① Petitioner is being denied access to his legal materials and a law library and does not know from memory what section of the U.S. Code gives a defendant a right to appeal a conviction after a jury trial.

3 of 14

## Background/Summary

⑤ Petitioner is incarcerated at F.M.C. Devens Medical Center for an alleged violation of Title 18 § 876(d), "Mailing a <u>non-violent</u> threat to ones reputation;" and for an alleged violation of title 18 § 1951(B) "Attempted <u>Non violent</u> Hobbs act extortion." In short, petitioner was convicted, after a jury trial, of mailing to his ex-girlfriend, a letter which threatened to ruin her job. Obviously a non violent offense. See United States v Azzara 02 CR 1446 CM (SDNY 2002). Petitioner has been taken out of General population and is currently confined in the "hole."

⑥ Petitioner is currently on direct appeal in the 2nd Circuit U.S. v. Azzara 04-0509-CR and is also awaiting a decision from the U.S. Supreme Court pertaining to

4 of 14

the U.S.S. Guidelines as argued October 4th under <u>Booker</u> and <u>FanFan</u>. Petitioner has already served 25 months of an unconstitutional 168 month sentence, as opposed to the 12-18 month sentence he would have received without the 20 point (150 month) enhancement after trial, should <u>Blakely</u> or its progeny pertain/apply to the Federal Guidelines.

<u>Allegations</u>

(7) The reason the background/summary information was given in numbers (5) + (6) above, is that this instant matter evolves from an incident in the F.M.C. Devens law library.

(8) Petitioner has filed a direct appeal of conviction in <u>U.S v. Azzara</u>. The 2nd circuit

has granted leave for this petitioner to file an additional, supplemental pro se brief. This brief is due on Friday October 29th, 2004.

(9) Petitioner has been using the F.M.C. Devens law library for research pertaining to his appeal. Inmate Dane Smith works at the F.M.C. Devens Law Library[2] and has been promoted to chief clerk.

(10) Dane Smith does not know the law. This petitioner is currently in "the hole" for beating Dane Smith in his capacity as a legal clerk. F.M.C. Devens is not a day care center, it is a prison and medical facility.

---

2. This petitioner also used to work in the F.M.C. Devens law library and knows Mr. Dane Smiths abilities (or lack thereof).

6 of 14

11) On Saturday October 9, 2004, this petitioner was called to the Lieutenants office as to an allegation made by Dorne Smith, that this petitioner was "Bothering him." Mr Smith called a witness who indeed, did not verify his story. Smith was asked if he felt if his life was in danger and he correctly and honestly answered "No". Both the Petitioner and Mr Smith were sent on their way.

12) On Sunday October 10, 2004, This petitioner went to the F.M.C. Devens law library to work on his appeal. Mr. Smith would provide no assistance stating only "You're not supposed to be talking to me Paul." like a child.

(13) On Monday October 11, 2004 the same as # (12) above occured and Mr. Smith would not help this inmate.

(14) On Tuesday Morning October 12, 2004, this Petitioner was sent to the "Special Housing Unit" or "HOLE" and is currently under investigation for "Bothering" Mr. Smith. Petitioner is being housed here <u>against his will</u> and being DENIED all access to his legal ~~~~~~~ papers, ~~~~~ and all access to a law library, telephone, typewriter, even person and is being denied his right to ~~~~~~~~~~~~~ from cancellation

8 of 14

<u>Argument</u>

(15) "Bothering" another inmate in his Capacity as a law library clerk, or even Threatening to have said inmate fired from his job, was not affect the "safety, security, or orderly running of the institution." The only grounds the prison has to remove someone from general population and place him in an inhumane "Dungeon" 24 hours a day for an indefinite period of time.

(16) Housing this Non-violent Petitioner in the "Hole" and denying him access to his legal Materials, appeals, law library, etc... is <u>cruel</u> and <u>unusual</u> punishment under the 8th amendment, and violates his right to access the courts

Due to a <u>Vindictive</u> "False claim" made by Inmate Smith. Again, This is a prison and Mental facility, not a day care center, and the Bureau of Prisons has no justification in taking away this prisoners Civil Rights to protect the "ego", and "feelings" of an inmate (Mr. Smith) who has a long documented record of severe mental illness.

<u>Relief Requested</u>

<u>Injunctive</u>

1. The Petitioner requests an Order enjoining this Prison (Warden Winn) from housing this Petitioner in the "SHU" / "Hole".

18. In the alternative, the Warden should be required/compelled to provide a reason why this

10 of 14

Petitioner is being held in special housing against his will, so an outside attorney can advocate for this Petitioner.

19) Petitioner also requests that this facility, if it intends to continue to house this Petitioner in Special housing "The Hole," be ordered to provide:

1) Petitioner's legal materials + papers
2) access to an <u>adequate</u> law library.
3) A type writer
4) A phone
5) Mailing supplies, writing supplies, + typing supplies.

<u>Monetary Relief Sought</u>

20) For cruel and unusual punishment, petitioner Demands $500,000 (Five hundred thousand).
U.S.C.A 4.

11 of 14

(21) For Civil Rights Violations under U.S.C. title 42 § 1983, This Petitioner ~~Demands~~ $2,000 (two thousand) per day For every day since October 12, 2004 that this petitioner is being held in this inhumane "Hole" or dungeon against his will.

(22) This Petitioner Also ~~Demands~~ $10,000,000 (Ten million dollars) For <u>Actual</u>, <u>compensatory</u>, and <u>Punitive</u> damages related to this Facility preventing this Plaintiff from filing his direct Appeal, which is an appeal "as of Right." U.S.C. title ____ § ____ .

Wherefore, this Plaintiff prays For <u>IMMEDIATE EMERGENCY</u>, <u>Injunctive</u> Relief, and For the monetary Relief Sought, and any

other relief this Hon. court deems just and proper.

    Please liberally construe this complaint as a pro se complaint should be held to less strict standards then one drafted by an attorney. <u>Haines v Kerner</u> 104 U.S. ___, 30 L.ed.2d ___, ___ S.ct. ___ (1971). I have no formal legal training.

Dated - Ayer Ma
    <u>16</u> October, 2004

Paul Azzara - pro se
# 53646-054

## Affirmation IN Support of Complaint

I declare under penalty of perjury under the laws of the United States of America that the above mentioned Complaint is true and correct. U.S.C. title 28 § 1746.

Executed this 16TH day of october, 2004

*[signature]*

Paul Dzzwa - pro se
# 83640-054
FMC Devens
P.O. Box 879
Ayer, MA 01432

## Certificate of Service

The petitioner Paul Azzara, Pro se, affirms under the laws of the United States of America, pursuant to U.S.C. Title 28 §1746, that I did serve a "true and correct copy" of the "marked¹" to Defendant:

David L. Winn.
Warden.
FMC Devens prison
42 Patton Rd. P.O. Box 880
Ayer, MA 01432

By placing same in prison mail with U.S. postage and certified # 7001 2510 0004 3073 1677 this 18th Day of October 2004.

Affirmed

*[signature]* — Paul Azzara - Pro se

---

1. A "true and correct copy" is another however the copy.

15