United States District Court
District of Massachusetts

Paul Azzara - pro se petitioner

-V-

David L Winn, et. Al
(warden F.M.C. Devens).
      Defendants

X FILED
IN CLERK'S OFFICE
2004 OCT 22 P 12:45
U.S. DISTRICT
DISTRICT OF MASS.

Emergency Relief Requested

04-40219 NG

Civil Complaint
Docket # _____

## Motion to proceed "In Forma Pauperis."

Petitioner Paul Azzara, Moves this Hon. court for an order permitting him to proceed without having to pay the filing cost(s) and fee(s) associated with this action.

Petitioner is indigent and cannot pay said costs.

Affirmed Under Penalty of perjury U.S.C. title 28 § 1746

_____ - Paul Azzara - Pro Se

(16)