United States District Court
District of Massachusetts

Paul Azzara - pro se
           petitioner

    -v-

David L Winn, et. AL.
(warden - F.M.C. Devens)
              Defendants

FILED
IN CLERKS OFFICE
2004 OCT 22 P 12:45
U.S. DISTRICT COURT
DISTRICT OF MASS.

Emergency Relief Requested.

Civil Docket
#_____

04-40219 NG

"Motion for appointment of counsel."

  Petitioner Paul Azzara Moves This Hon. Court Pursuant to U.S.C. Title 28 §____ for the appointment of counsel.

  The Petitioner makes this instant motion, not for the purpose of delay, but to expedite what is a clear violation of this petitioners civil rights.

  Counsel, unlike petitioner would have the knowledge and resources to expidite this matter

(1)

without burdening this Hon. court with unnecessary filings and motions.

The Petitioner believes that both the court and this Petitioner would benefit tremendously from counsel being appointed.

Respectfully,

Paul Azzara
Petitioner - pro se