Paul Azzara
# 83613-054
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

12/14/04

04-CV-40220 NMG

John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA

ATTN: Court Clerk
RE: Azzara v. [illegible] et al.

Dear Clerk,

[illegible] 21, 2004, I filed
with the Civil action Azzara [illegible]
alleging inter alia [illegible]
[illegible] 42 [illegible]
and in [illegible]
[illegible] $129 and in $ [illegible]

because I am living [illegible] hole?

I [illegible several lines]

within [illegible] 10 weeks I have [illegible]
and have not heard from [illegible]

Please [illegible]

Sent certified.
7004 1160 0007 [illegible] 7
cc. file

Paul Pizzuto [illegible]

# [illegible]
F.M.C [illegible]
P.O. Box [illegible]
[illegible] MA [illegible]

2 of 2.