
Paul Azzara
F.M.C Devens
# 83640-054

12/20/04

Ms. Ann H. Zgrodnik
Staff Attorney
F.M.C. Devens (us mail)

The Hon Nathaniel M Gorton
Certified
7004 1160 0007 0140 3493

Ms. Zgrodnik,

    I am in receipt of a <u>Memorandum and order</u> from The Hon. Nathaniel M. Gorton, District of Mass. Received on 12/17/04 Case # 04-40220 NMG <u>Azzara v. Winn, et. al</u>.

    I am confused as to some allegations made by Devens counsel and counsel's apparent lack of ethics. Let me explain.

    In The ORDER the court has accepted (orally) facts from F.M.C Devens, that do not

1 of 6

coincide with my records and certified mail Receipts.

The court states that representations were made by Devens counsel that Azzara has asked for protective custody and therefore may have abandoned his claim, so lets set the record straight.

A certified letter 7004 1160 0007 0140 3561 was sent on November 29, 2004. I have a copy of said letter but no copy machine to include it as an exhibit so I will copy it here...

"I was placed in SHU because Inmate Daine Smith 10536-036 placed himself into protective custody alleging that he was afraid of me. I am also being transferred in part because of this.

I have a K.S.W. [illegible] on my case here in SHU meaning [illegible] away from me. I thought it was understood that I [illegible]

2 of 6

Placed on my door showing "open bunk" meaning they are attempting to house someone here with me. I submitted a cop out to the SHU Lieutenant as to the issue I am about to describe below but my request does not seem to be taken seriously.

I want protective custody (alone) for the duration of my stay here at Devens. If something were to happen to Dave Smith, I will be to blame (regardless), and a jail house snitch who lived with me (hypothetically speaking) might be willing to make up a story incriminating me in some unseen future event to save himself or help himself.

Please take this request very seriously and honor my request for protective custody." (or so

The above was sent after I was already told that there was no way I could return to general population.

So let me clarify the issue.

I have the means to remain (?) on here at Devens. But if I am going to live in a cell

here in the Special Housing Unit (SHU). Then I will only live alone. The SHU Lieutenant said that they were planning on moving someone in with me. I said "no". He said "tough", so to live alone I want protective custody <u>while in SHU</u>.

As you know I am a "Low" security inmate and was living in G Unit, A <u>Dorm</u>. I have not nor will not "lock in" with another inmate <u>ever</u>. So when I return to a <u>Dorm</u>, all will be normal. While temporarily housed in a <u>cell</u>, I live alone. Please transfer me back to G Unit immediately.

to the court.

1) I Do NOT have access to any law library.

2) My legal materials were not being kept from me because "I wrote the wrong person," but because staff said it was "too much stuff." Clearly after I threatened a hunger strike one gave the prison (you) Actual Notice ① that I had an appeal Due in the Second Circuit.

I even sent Warden Winn a copy of the civil action filed via certified mail as well.

Nonetheless, my pro se brief was submitted but was almost all proffer and no legal argument

---

The Court in its Memorandum and order also states the injunctive relief could be granted because plaintiff (you) have not shown there is not have actual notice — but you signed and the letter Dated Oct. 9 then Eleven responses on 11/8/04 and my response to

5 of 6

and we All know how likely it is for a pro se filing to be taken seriously especially if it is only proffer.

So I am once again giving you <u>Actual Notice</u> that my reply to the government's brief is Due 30 days from ~~November~~ December 15th. I still do not have access to a law library Nor do I have access to a phone to call my attorney. Someone from Devens stated to the court that I do in fact have access to a phone but forgot to tell the court that—that access is restricted to weekends and evenings when my attorney is at _____. Please pull me back to the compound immediately.

CC: The ____ Nathaniel _____                    Thank you
                6 of 6                          _____