Paul Azzara
# 83640-054
SHU-206
F.M.C. Devens
P.O. Box 479
Ayer, MA 01432

Docket No. 4:04-cv-40220

FILED
IN CLERKS OFFICE
2005 JAN 27 P 1:57
U.S. DISTRICT COURT
DISTRICT OF MASS

Regional Director of Medical
Regional Director
A.W. Hertel
Ms. S. Howard, clinical director of F.M.C. Devens
The Hon Nathaniel Gorton - Case number 4:04-cv-40220
Ms. Ann H Zgrodnik
Mr. Devin McLoughlin, esq.
File & S.I.S.

RE:- Complaint against staff for intentional sleep deprivation.

Dear NE Regional Director of Medical,

① I have been at F.M.C. Devens since January 2004.

② I have complained of sleep Apnea since my arrival. My work assignment was adjusted and

1 of 12

this problem as I am always tired during the day so I was given part-time work in order to sleep during the day.

(3) I was sent to the Special Housing Unit on October 12, 2004 for reasons not relevant to this instant complaint.

(4) On November 30, 2004 & January 19, 2005 I was taken to the University of Massachusetts Sleep disorders center for a sleep study which has confirmed my claim of having sleep apnea, insomnia, restless leg syndrome, and I believe also mild narcolepsy.

### Specific Allegations

(5) I have not been able to sleep properly since

being housed in SHU. I also suffer from Asthma and have chronic care appointments every three months.

⑥ On Friday January 14, 2004 Ms. Kilduff examined me as she has been for the past year for my chronic care. My resting pulse was 110 and my blood pressure was almost 160/100 or 160/120. I don't remember the exact numbers but it was so high that she started me on blood pressure medication and asked me what I thought could be causing the high pulse and blood pressure.

⑦ I believed (and she agreed), that aside from the high sodium diet, the lack of sleep and 25 pound

gain in weight had something to do with it. I also explained that the prior day (Thursday January 13th, 2005), I had some sort of panic attack or anxiety attack and could not understand why.① I also explained to her that because of my Sleep Apnea and insomnia, that I do not sleep at night, and that the officers keep the lights on during the day, and intentionally wake inmates during the day to "make sure that they are alive." I explained that for the past 100 days, I have only taken one hour "cat naps" and have not had a full nights rest.

---

① I have asked for the videotape of Range 2 be preserved to prove that I was denied medical treatment on Thursday 1/13/05 and instead placed in a holding cell then carried back - see the end of this letter.

4 of 12

⑧ She immediately prescribed Blood pressure medication (which as of the date of this letter has not been administered) and also wrote a "Medical Idle" so I could have the lights off during the day so I could sleep.

### Complaint

⑨ I presented the Idle on the same day (1/14/05) to Officer B. St. Hilaire, Senior officer who laughed and said the idle was no good. I said then to [illegible] it up with [illegible] I did [illegible] He refused to turn off the lights. This continued over the long weekend until Tuesday 1/18/05.

⑩ On Tuesday morning the lights were turned back on. I pressed the [illegible] button.

A young lady officer appeared and when I showed her the Idle, she turned off the lights.

11) about an hour later at around 8:30, the lights were turned back on again. I was attempting to sleep and I do not know who turned them back on.

12) I pressed the duress button again and Mr. St. Hilaire said "what's the emergency?" I said "I have an Idle here for the lights and I have a migrain headache." He said "I told you on Friday that the Idle is no good in here and I'm not shutting the lights."

(13) I said "look, I have a medical Idle. Shut the F&#king lights out and take it up with medical if you don't like it. I Don't feel well."

(14) He said "a Migraine is not an emergency and if you hit the button again I'm going to write an incident report." I said "let me speak to the Lieutenant." He said "no." I said "It's a medical issue and I want the Lieutenant." He said "No." I pressed the button again and said "I have high Blood pressure and can't sleep at night because of a sleep disorder." I said "if I don't sleep I'm going to have a stroke, aneurysm, or

Heart attack." He said "Go AHEAD and Have A HEART ATTACK, when you do, then you can press The Button."

I said "F&#K you a**hole" as he away.

(15) Later that afternoon, I was handed another medical Idle stamped by clinical director S. Heward cancelling the Idle written by Ms. Rilduff on 1/14 allowing the lights off. Officer Hilaire said he "personally went to the hospital to pick it up" and "since you didn't have a heart attack, I'm writing you a shot for lying."

(16) S. Howard, M.D.

Ms. Kilduff is on vacation this week and there is no way (I believe), that MD Howard consulted Ms. Kilduff as to why the Idle was written to have the lights off.

What Clinical Director Howard did was to essentially "order" sleep deprivation constituting Negligence, Intentional infliction of emotional distress, and Cruel and Unusual Punishment. Had Dr. Howard conducted even a cursory reading of My file, she would have seen the sleep study results (which I know are in the file), as well as the high blood pressure. I want her cited for this negligence.

(17) Mr. B. St. Hilaire

9 of 12

this instant complaint is self explanatory. His actions in not calling medical were negligent, his intentional attempt to have the Idle voided is spiteful and unprofessional, and telling me that A Migrain is not a medical emergency when I explained my high blood pressure constitutes negligence.

### Temporary Relief Requested

(18) As of today 1/19/05, I am desiring All medical attention from F.M.C. Devens. I demand to be transferred to another facility immediately. Whether that is another medical facility or another "regular" facility is not my call, and makes no difference to me.

(19) I also want the "shot" written by

10 of 12

officer B. St. Hilaire for insolence, quashed.

## Footnote #1

(20) Footnote #1 on page four (4) refers to the following letters already sent alleging denial of medical attention on January 13, 2004, that were sent to: SIS, SHU Lieutenant.

Ann Zgrodnik ——————— 7004 2890 0003 6894 1438

Regional Director ——————— 7004 1160 0007 0140 3523

Mr. Devin McLaughlin, esq - 7004 2510 0004 1274 8522

## Instant Complaint sent to

1) NE Regional Director of Medical — 7004 2510 0004 1274 8553

2) NE Regional Director — 7004 2510 0004 1274 7546

③ A.W. Hertel - 7004 2510 0004 1274 8560

④ S Howard, MD. - 7004 2890 0003 6994 1476

⑤ Ms. Ann H. Zgrodnik - 7004 2890 0003 6994 1483

⑥ Salvatore Azzara - U.S. Mail.

⑦ S.I.S. - 7004 2890 0003 6994 1490

⑧ Mr. Devin McLaughlin, esq. - U.S. Mail

⑨ File

⑩ The Honorable Nathaniel Gorton   U.S.D.C. Mass.
   For Case # 4:04-CV-40220  <u>Azzara v. Winn</u>

   7004 2890 0003 6804 1506

Respectfully,

Paul Azzara
83640-054
SHU-206

12 of 12