UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
PAUL GORDON AZZARA,           )
          Plaintiff,          )
                              )
     v.                       )  C.A. No. 04-40220-NMG
                              )
DAVID WINN, et al.,           )
          Defendants.         )
```

## ORDER OF DISMISSAL

GORTON, District Judge

    In accordance with the Memorandum and Order dated February 14, 2005 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED without prejudice in its entirety.

                                             BY THE COURT,

                                             /s/ Craig Nicewicz
                                             Deputy Clerk

Dated: February 14, 2005