2/16/05

Paul Azzara
# 83640-054
F.M.C Devens
P.O Box 879
Ayer, MA 01432

The Hon. Nathaniel Gorton
U.S. District Court
Courthouse Way
Boston, MA 02210

Case # 4:04-CV-40220

Your Honor,

   I'm very sorry to keep bothering you with this nonsense especially with all you must have to do with the heart from Booker/Fanfan, but I am in special housing now almost Five (5) months with no end in sight and fear for reason.

   If you can help please do, otherwise I ask for your consideration.

Thank you

Paul M. 33ard
#83640-054
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

2/16/05

Ann H. Zgrodnik, esq.
Staff Attorney
F.M.C. Attorney
P.O. Box 880
Ayer, MA 01432

cc: SIS
Mr. Tony Carabio
Regional Director
The Hon. Nathaniel Gorton

Dear Ann,

Why did I just call you Ann? To explain why I am still being held in SHU, and I will address the issue shortly.

As you know, I filed an action in the U.S. District Court (Boston) case # 4:04 CV-40220. An amended complaint is about to be filed as I am now being punished for exercising my 1st amendment Rights.

1 of 2

S.I.S believes that they can now hold me in SHU "under investigation" for writing to the judge in my criminal case & addressing her as Colleen & Cunt. Also for contacting the AUSA in my criminal case & calling him asshole.

The letters contain no true or implied threats and this is now unacceptable.

Please take notice that I will take action for being punished for exercising my 1st amendment Rights and will seek monetary damages. I expect to be back on the compound no later than Wednesday 2/23/05 or an action will be filed.

Paul Azzara

2 of 2