2/17/05

Paul Azzara
# 83640-054
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

FILED
IN CLERKS OFFICE

2005 FEB 29 P 1:11

U.S. DISTRICT COURT
DISTRICT OF MASS

4:04-cv-40220
Azzara v Winn, et al

Court clerk
U.S. Courthouse
1 courthouse way suite 2300
Boston, MA 02210

Dear clerk,

I am currently incarcerated in the SHU,
or "Hole" and I am indigent. Apparently
this facility threw out the MEMORAND
& ORDER sent to me around 12/19/04
that was entered on or around 12/14/04
in action 4:04-cv-40220. They have a
tendency to do that during shake downs &
I need a copy. Please send me another cop
Thank you
Paul Azzara